U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

DEFT: Tricia Dickson(surr)                    CASE NO: 00-6091-CR-Ferguson

AUSA: Robin Rosenbaum *present*              ATTNY: Ron Manto (temp)

AGENT:                                        VIOL:

PROCEEDING: Initial Appearance              BOND REC:

BOND HEARING HELD - yes/no        COUNSEL APPOINTED:

    BOND SET @ $25,000 PSB.

CO-SIGNATURES:                                FILED by _____ D.C.

SPECIAL CONDITIONS:                           APR 13 2000

                                              CLARENCE MADDOX
                                              CLERK U.S. DIST. CT.
                                              S.D. OF FLA. FT. LAUD.

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/
   travel documents.      in Miami

4) Rpt to PTS as directed /or ___ X's a
   week/month by phone; ___ X's a week/month
   in person.

5) Random urine testing by Pretrial Services.
   Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew:

11) Travel extended to: SD/FL.

12) Halfway House:

    Electronic Monitoring

Reside at current
address, no illegal
drugs or excessive
alcohol

A - advised of charges

NEXT COURT APPEARANCE:      DATE:          TIME:       JUDGE:
INQUIRY RE COUNSEL:         4-20-00      11:00 Am      BSS
PTD/BOND HEARING:           4-20-00      11:00 Am      BSS
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE:   4-13-00     TIME:  11:00am     TAPE #  00-026/027     PG #  6
                                               3350——3750 wh

                                               00-027
                                               1-336