UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  :

v.  :   CASE NO. 00-6091-CR

TRICIA DICKSON  :   FERGUSON

NOTICE OF TEMPORARY 4-13-00
APPEARANCE AS COUNSEL

COMES NOW  RONALD J. MANTO  and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) RONALD J. MANTO

Counsel's Signature  *Ronald J. Manto*

Address 600 Brickell Ave #200
Miami FL    Zip Code: 33131

Telephone (305) 374-9066