AO 442 (Rev. 5/93) Warrant for Arrest           AUSA ROBIN ROSENBAUM  467 211

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

NALIO WILLIAMS, a/k/a ZARICK DEMETRIUS SMITH, and TRICIA DICKSON

**WARRANT FOR ARREST**

CASE NUMBER: 00-6091 CR-FERGUSON
MAGISTRATE JUDGE SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **TRICIA DICKSON**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [X] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
from on or about May 21, 1996, through on or about May 28, 1996, conspiracy to commit bank fraud and pass counterfeit and forged securities, bank fraud, and unauthorized access to computer record of financial institution

in violation of Title __18__ United States Code, Section(s) **377, 1344, 1030(a)(2)(A)**

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

Ft. Lauderdale FL - April 11, 2000
Date and Location

Bail fixed at $ _____ by BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/11/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST 4/13/2000 | FOR: FBI | Fred Depompa, SDUSM |

This form was electronically produced by Elite Federal Forms, Inc.