UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by _____ D.C.
APR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal 00-268-C04

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | Case Number: CR 00-6091-CR-WDF |
| ) | REPORT COMMENCING CRIMINAL |
| -vs- ) | ACTION |
| ) | |
| TRICIA DICKSON ) | |
| Defendant | |

*********************************************************

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4-13-00 ___ am/pm ___

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: BANK FRAUD

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 4-13-74

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case#

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks:

(8) Date: _____    (9) Arresting Officer: _____

(10) Agency: _____    (11) Phone: _____

(12) Comments: