**COURT MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Tricia Dickson (B)     CASE NO: 00-6091-CR-Ferguson
AUSA: Robin Rosenbaum *present*     ATTNY: Ron Manto
AGENT:     VIOL:
PROCEEDING: Inquiry re Counsel/Arraignment     BOND REC:
BOND HEARING HELD - yes/no     COUNSEL APPOINTED:
BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

FILED BY ___ D.C.
APR 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: 5/9/00  11:00am  BSS
STATUS CONFERENCE:
DATE: 4-20-00    TIME: 11:00am    TAPE # 00-030   PG # 2

Recalled 1965-1980
200-230

10