FILED by _____ D.C.
APR 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6091-CR-Ferguson

UNITED STATES OF AMERICA

vs

Tricia Dickson

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 4-20-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court~appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:     Address: _____See Bond_____

_____

Telephone: _____

DEFENSE COUNSEL:    Name: _____Ron Manto_____

Address: _____

_____

Telephone: _____

BOND SET/CONTINUED:    $ _____Cont'd on bond_____

Bond hearing held: yes ____ no ____ Bond hearing set for _____

Dated this __20__ day of __April__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. __00-030/031__

cc: Clerk for Judge
    U. S. Attorney