RECEIVED & FILED IN OPEN COURT
ON 4-20-00 AT
_____, FLA.
Carlos Juenke, Clerk
United States District Court
District of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6091 CR
FERGUSON

UNITED STATES OF AMERICA, :

v. :   NOTICE OF PERMANENT
     APPEARANCE AS COUNSEL
   :       OF RECORD

TRICIA DICKSON :

COMES NOW **Ronald J. Manto** and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 4/20/2000

Attorney Ronald J. Manto
Address 600 Brickell Ave #200
City Miami  State FL  Zip 33131
Telephone 305-374-9066
Florida Bar No. 014941

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel

Tricia Dickson

