| | |
|---|---|
| DEFT: Tricia Dickson (no deft) | CASE NO: 00-6091-CR-Ferguson |
| AUSA: Robin Rosenbaum / Kaplan | ATTNY: Ron Manto *not present* |
| AGENT: | VIOL: |
| PROCEEDING: Status Conference | BOND REC: |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by D.B.
MAY 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

No motions
3 days to try
Discovery out
Plea possible
No tapes or transcripts

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 5-9-00      TIME: 11:00am      TAPE # 00-033   PG # 6

1841 - 1868