UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6091-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

TRICIA DICKSON,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on May 9, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that this matter would require three days to try and that it is ready to proceed. The Government, however, informed the Court that a plea disposition remains a possibility.

2. Defense counsel did not appear at the status conference.

DATED at Fort Lauderdale, Florida this ____ day of May 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Robin Rosenbaum, Esquire
Assistant United States Attorney

Ronald J. Manto, Esquire
600 Brickell Avenue, Suite 200
Miami, Florida 33131-2520
Attorney for Defendant