UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6091-CR-FERGUSON

UNITED STATES OF AMERICA          )
                                  )
vs                                )
                                  )
TRICIA DICKSON.                   )
                                  )
              Defendant.          )
_____    )



## GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE

The United States, by and through undersigned counsel, hereby respectfully moves the Court

for a continuance of trial date in the above-captioned case. The reasons for this motion are as

follows.

1. This case is currently scheduled for calendar call on May 30, 2000, for the trial period

beginning June 5, 2000

2. Undersigned counsel for the United States has purchased non-refundable tickets for a

prepaid vacation from May 26, 2000, through June 4, 2000

3. Defendant is out on bond.

4. As of today's date, forty-two days on the Speedy Trial Clock have expired, and twenty-

eight remain.

5. No continuances prior to the continuance sought in the instant motion have been requested

or ordered

6. Undersigned counsel has spoken with counsel for defendant, and he does not object to this

motion for continuance

For the foregoing reasons, the United States respectfully moves the Court to continue this

case for two weeks

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By:

Robin S. Rosenbaum
Assistant United States Attorney
Florida Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, Florida 33394
Tel. 954-356-7255 ext. 3595
Fax. 954-356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by

United States mail this 25th day of May, 2000, to Ron Manto, Esq., 600 Brickell Ave., Suite 200,

Miami, Florida 33131.

Robin S. Rosenbaum
Assistant United States Attorney

-2-