**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6091-CR-WDF__   Date: __6/12/00__

Clerk: __Deloris McIntosh__   Reporter: __Paul Haferling__

USPO: _____   Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __Tricia Dickson (B)__

AUSA: __Robin Rosenbaum__

Defendant(s) Counsel: __Ronald Manto__

Defendant(s) Present___ Not Present___ In Custody___

Reason for hearing: __Calendar Call__

Result of hearing: __Change of Plea Set for 6/19/00 @ 2:00__

Case Continued to: _____ Time: _____ A.M. For: _____