UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6091-CR-FERGUSON

FILED by _____ D.C.

UNITED STATES OF AMERICA,
          Plaintiff,
vs.

TRICIA DICKSON, (J)
          Defendant.

JUN 19 2000

**MINUTES**
**CHANGE OF PLEA**

On June 19, 2000, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Ronlad Manto, Esq appointed by the Court/retained by the defendant, and said defendant stated in open court that **she** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s) _two_ of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

( )   The Court proceeded to pronounce sentence.

(X)   The Court postponed sentencing until **9/8/00 a**t 10:00a.m.,

(X)   and the defendant was allowed to remain on present bond until then;

( )   and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

( )   and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter<u> Paul Haferling</u>
Clerk<u> Troy T. Walker </u>

