UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.:  00-6091-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRICIA DICKSON,

    Defendant.

_____/



## MOTION FOR PROBATION TO VERIFY EMPLOYMENT THROUGH PAY STUBS

COMES NOW the Defendant, TRICIA DICKSON, by and through undersigned counsel and respectfully moves this Honorable Court for the issuance of an Order granting her permission to verify her employment through pay stubs in lieu of notifying her employer directly.  In support thereof, the Defendant would show the Court the following:

1.    The defendant TRICIA DICKSON pled guilty to count II of the indictment to wit: Conspiracy to Commit Bank Fraud.  She is awaiting sentencing and completion of her Pre-Sentence Investigation Report.

2.    TRICIA DICKSON is employed with Greynolds Park Manor in North Miami Beach as an insurance collections specialist.  She does not have contact with the client's cash, checks or any other type of enumeration.  All payments are received at a different office location.

3.    The defendant believes, that if probation makes direct contact with her employer, she will be terminated and suffer financial hardship.



Page 2
United States of America v. Tricia Dickson
**Case No.: 00-6091-CR-FERGUSON**
Motion for Probation to Verify Employment through Pay Stubs

WHEREFORE based on the foregoing, Defendant, TRICIA DICKSON, respectfully

requests the issuance of an Order granting permission for probation to verify her

employment through pay stubs in lieu of direct contact with her employer.

Respectfully submitted,

**LAW OFFICES OF RONALD J. MANTO**
Counsel for Defendant Tricia Dickson
2937 SW 27th Avenue, Suite 107
Miami, Florida 33133
Telephone: 305/374-9066
Facsimile: 305/441-8745

By: _____
**RONALD J. MANTO**
**Florida Bar No.: 014941**

**COMPLIANCE WITH LOCAL RULE 88.9**
The undersigned has spoken with A.U.S.A. Robin Rosenbaum, regarding her
position on this motion and she indicates that she neither agrees or oppose.

_____
**RONALD J. MANTO**

**CERTIFICATE OF SERVICE**
**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this
25th day of August, 2000, to Robin Rosenbaum, A.U.S.A., OFFICE OF THE UNITED
STATES ATTORNEY, 500 E. Broward Blvd. Suite 700, Fort Lauderdale, Florida 33394.

_____
**RONALD J. MANTO**