UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 00-6091-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRICIA DICKSON,
_____/



### ORDER ON MOTION FOR PROBATION TO VERIFY EMPLOYMENT THROUGH PAY STUBS

THIS CAUSE having come before this Court on Defendant, TRICIA DICKSON, Motion for Probation to Verify Employment Through Pay Stubs and the Court being fully advised of the premises, it is hereby,

**ORDERED** and **ADJUDGED** that the motion is **GRANTED**.

**DONE** and **ORDERED** in Chambers at the United States District Courthouse in Fort Lauderdale, Broward County, Florida this ___11th___ day of ___Sept.___, 2000.

_____
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Robin Rosenbaum, A.U.S.A.
Ronald J. Manto, Esquire
Silas Saunders, U.S. Probation Officer

