SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6091-CR-WDF

DEFENDANT _Tricia Dickson_    JUDGE  WILKIE D. FERGUSON

Deputy Clerk  TROY T. WALKER    DATE  9/26/00

Court Reporter  Paul Haferling    USPO _____

AUSA _Robin Rosenbaum_    Deft's Counsel _Kernald Monte, Esq_

COUNTS DISMISSED __All Others__    FILED by _____ D.C.
_____ Deft Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM    SEP 29 2000

**JUDGMENT AND SENTENCE**

Imprisonment    Years    Months  _1 day_    Counts  _2 (time served)_

Supervised Release _3 yrs_ (See J&C for details)

Probation    Years    Months    Counts

Comments _____

Assessment $ _100.00_    Fine $ _____

Restitution /Other _$ 15,680.00_

**CUSTODY**
_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____