# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
TRICIA DICKSON, (J) 55268-004

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 0:00CR06091-002

Robin Rosenbaum, AUSA / Ronald Manto, Esq
Defendant's Attorney

**THE DEFENDANT:**

- [X] pleaded guilty to count(s) __Two of the Indictment__
- [ ] pleaded nolo contendere to count(s) which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

SEP 2 8 2000

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1344 | Bank Fraud | 05/26/1998 | 2 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [X] The defendant has been found not guilty on count(s) __N/A__
- [X] Count(s) __All Others__ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 04/13/1974
Defendant's USM No.: 55268-004
Defendant's Residence Address:
21275 N.E. 8th Place
Apt 6
North Miami Beach    FL    33179

Defendant's Mailing Address:
21275 N.E. 8th Place
Apt 6
North Miami Beach    FL    33179

09/26/2000
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

9/27/00
Date

FILED
'00 OCT 16 A9:56

 further action required by
U.S. Marshals Service.

JAMES A. TASSONG
STATES MARSHAL

SDUSM
ED. PURCHASE