UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 00-6091-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRICIA DICKSON,

    Defendant.
_____/



## POST SENTENCING MOTION FOR PROBATION
## TO REFRAIN FROM NOTIFYING EMPLOYER OF SUPERVISION

COMES NOW the Defendant, TRICIA DICKSON, by and through undersigned counsel and respectfully moves this Honorable Court for the issuance of an Order refraining probation from notifying her employer of her supervision. In support thereof, the Defendant would show the Court the following:

1. The defendant TRICIA DICKSON pled guilty to count II of the indictment to wit: Conspiracy to Commit Bank Fraud and was sentenced to three (3) years supervised release.

2. The Court previously granted the defendant's motion for probation to verify the defendant's employment through pay stubs in lieu of direct contact with the employer.

3. TRICIA DICKSON is employed with Greynolds Park Manor in North Miami Beach as an insurance collections specialist. She <u>does not</u> have contact with the client's cash, checks or any other type of enumeration. All



-cr-06091-KAM   Document 49   Entered on FLSD Docket 11/17/2000   F

Page 2
United States of America v. Tricia Dickson
**Case No.: 00-6091-CR-FERGUSON**
Post Sentencing Motion for Probation to Refrain from Notifying Probation of Supervision

payments are received at a different office location.

4. The defendant is a single parent and the sole provider for her 8 year old son.

5. The defendant believes, that if probation makes direct contact with her employer, she will be terminated and suffer an even greater financial hardship.

WHEREFORE based on the foregoing, Defendant, TRICIA DICKSON, respectfully requests the issuance of an Order refraining probation from notifying her employer of her supervision status.

Respectfully submitted,

**LAW OFFICES OF RONALD J. MANTO**
Counsel for Defendant Tricia Dickson
2937 SW 27th Avenue, Suite 107
Miami, Florida 33133
Telephone: 305/374-9066
Facsimile:  305/441-8745

By: _____
RONALD J. MANTO
Florida Bar No.: 014941

**COMPLIANCE WITH LOCAL RULE 88.9**

The undersigned has spoken with A.U.S.A. Robin Rosenbaum, regarding her position on this motion and she indicates that she opposes said motion.

RONALD J. MANTO

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 6th day of November, 2000, to Robin Rosenbaum, A.U.S.A., OFFICE OF THE UNITED STATES ATTORNEY, 500 E. Broward Blvd. Suite 700, Fort Lauderdale, Florida 33394.

RONALD J. MANTO