PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 63539

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>0:00CR06091-002</u>



FILED by _____ D.  
MAR 07 2002  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

### REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender: Tricia Dickson

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge, U.S. District Court, Fort Lauderdale, Florida

Date of Original Sentence: September 26, 2000

Original Offense:   Title 18, U.S.C. § 1344, Bank Fraud.

Original Sentence:   One (1) day custody of the Bureau of Prisons, followed by three (3) years supervised release including the following special condition: one-hundred-nineteen (119) days Home Detention Program with restitution in the amount of $15,680.00.

Type of Supervision: Supervised Release       Date Supervision Commenced: September 26, 2000

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **<u>Violation of Mandatory Condition</u>**, by failing to satisfy the court ordered restitution. On or about September 26, 2000, restitution in the amount of $15,680.00 was ordered by the court and the supervised releasee has failed to satisfy the financial obligation as ordered. |

U.S. Probation Officer Action:

    Since the onset of Ms. Dickson's supervision she has been making payments in a timely and consistent manner towards her court ordered restitution. To date, Ms. Dickson has paid $915.00 towards her court ordered restitution. Based on Ms. Dickson's Personal Financial Statements and current income, it is this officer's opinion that the defendant has paid to the best of her ability and will not satisfy the restitution prior to termination. Ms. Dickson is presently active in the United States Debtor's Program and making $75.00 monthly payments.



PROB 12A                                                    SD/FL PACTS No. 63539
(SD/FL 10/01)

    It should be noted that Assistant United States Attorney Robin Rosenbaum does not have any objections to Ms. Dickson's termination.

    In light of Ms. Dickson's compliance with the terms of supervised release, it is the recommendation of the United States Probation Office the Ms. Dickson's term of supervised release be allowed to expire on September 25, 2003, as scheduled.

Respectfully submitted,

by

James Hampton
U.S. Probation Officer
Phone: 305 512-1812
Date: February 11, 2002

---


[X] Concur with action(s) taken by the U.S. Probation Officer
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

03/06/02
Date